1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  DOUGLAS JAMES CYR,

NO. CIV. S-09-3043 LKK/KJM

11

Plaintiff,

12

v.

13

CITY OF FAIRFIELD, LARRY

14  TODD, Police Chief of City
of Fairfield, in his capacity

15  as Chief of Police for the
City of Fairfield; FAIRFIELD

16  POLICE OFFICERS BRIAN GASSEN,
PERRY AND NATHAN STRICKLAND,

17  and Does 1 to 100, inclusive,

O R D E R

18

Defendants.

19  _____/

20      Pending before the court in the above-captioned case is a

21  motion to dismiss, a motion for a more definite statement, and a

22  motion to strike by defendants (Doc. No. 10).  The court does not

23  find oral argument necessary in these matters.  Accordingly, the

24  hearing on the above motions currently set for March 8, 2010 is

25  VACATED.

26  ////

1

IT IS SO ORDERED.

DATED:  March 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT