GREGORY D. RUEB, ESQ.  SBN 154589
RUEB, MOTTA & MANOUKIAN
A Professional Law Corporation
1401 Willow Pass Road, Suite 880
Concord, CA 94520
Telephone:  (925) 602-3400
Facsimile:  (925) 602-0622

Attorneys for Petitioner
DOUGLAS JAMES CYR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JAMES CYR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, LARRY TODD, Police Chief of CITY OF FAIRFIELD, individually and in his capacity as Chief of Police for the CITY OF FAIRFIELD, FAIRFIELD POLICE OFFICERS BRIAN GASSEN, JOSEPH PERRY AND NATHAN STRICKLAND, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.  2:09-CV-03043-LKK-KJM<br><br>**PLAINTIFF'S DISMISSAL OF ENTIRE ACTION** |

　　　　Plaintiff dismisses with prejudice this entire action of all parties and all causes of action. Each side to bear its own fees and costs.

Dated: December 15, 2010          RUEB, MOTTA & MANOUKIAN

                           By:   /S/_____
                                GREGORY D. RUEB
                                Attorney for Plaintiff
                                DOUGLAS JAMES CYR

RUEB, MOTTA & MANOUKIAN
Metroplex Office Centre
1401 Willow Pass Road, Suite 880
Concord, CA  94520
(925)602-3400

PLAINTIFF'S DISMISSAL OF ENTIRE ACTION

# PROOF OF SERVICE

*Cyr v. City of Fairfield, et al.*
U.S. District Court, Eastern District No. 09-CV-03043-LKK-KJM

I am a citizen of the United States, over 18 years of age and not party to the within action. I am employed in the county of Contra Costa; my business address is 1401 Willow Pass Road, Suite 880, Concord, CA 94520.

On the date shown below, I served the within documents:

**PLAINTIFF'S DISMISSAL OF ENTIRE ACTION**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Kimberly M. Drake, Esq.<br>MEYERS, NAVE, RIBACK, SILVER & WILSON<br>555 12TH Street, Suite 1500<br>Oakland, CA 94607<br>Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108 | *Attorney for Defendants*<br>*City of Fairfield, et al.* |

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit.

✓ **VIA HAND DELIVERY:** I caused such envelope, to be hand delivered to the stated parties.

**VIA EXPRESS CARRIER:** I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties.

**VIA FACSIMILE** by transmitting via FACSIMILE the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 15, 2010, at Concord, California.

_____
RAUL LAGUITAN

RUEB, MOTTA & MANOUKIAN
Metroplex Office Centre
1401 Willow Pass Road,
Suite 880
Concord, CA 94520
(925)602-3400

PLAINTIFF'S DISMISSAL OF ENTIRE ACTION
- 2 -